| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>------------------------------------------------------------------ x<br>SANTIAGO,<br><br>                                 Plaintiff,<br><br>     -against-<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>                                 Defendant.<br>------------------------------------------------------------------ x | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#: _____<br>DATE FILED: 10/20/2020<br><br>**1:20-cv-4446-ALC**<br>**ORDER** |

**- ANDREW L. CARTER, JR., District Judge:**

      The parties are ordered to file a joint status report by November 4, 2020.

**SO ORDERED.**
**Dated:**    **New York, New York**
              **October 20, 2020**

_____
      **ANDREW L. CARTER, JR.**
      **United States District Judge**

1